**J. D. STREETMAN v. STATE.**

No. 15183.

Court of Criminal Appeals of Texas.

Feb. 10, 1932.

Martin, Shipman & Winters, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

No. 15182.

Court of Criminal Appeals of Texas.

Feb. 10, 1932.

Martin, Shipman & Winters, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for hog theft; punishment being two years in the penitentiary.

By affidavit on file with this court, appel-

lant informs us that he does not further desire to prosecute his appeal.

At his request the appeal is ordered dismissed.